IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ADAM CRANE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 16-0947-CV-W-SRB |
| ) | |
| CORECIVIC, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiffs Adam Crane and David Johnson's oral motion raised during a court hearing on May 25, 2017, wherein Plaintiffs requested the Court enter an Order pursuant to 18 U.S.C. Section 222(c)(1) and Rule 26(b)(1) of the Federal Rules of Civil Procedure directing Defendant Securus Technologies, Inc. ("Securus") to provide certain Customer Proprietary Network Information ("CPNI") in response to discovery requests propounded by Plaintiffs. After fully considering Plaintiffs' motion and the positions of the parties, the motion is GRANTED;

IT IS ORDERED that Securus provide Plaintiffs certain CPNI subject to the Protective Order and consistent with Securus' discovery responses and any additional orders of the Court.

IT IS SO ORDERED.

Dated: June 1, 2017

                                                /s/ Stephen R. Bough
                                                STEPHEN R. BOUGH
                                                UNITED STATES DISTRICT JUDGE