Direct 972-277-0479

Fax 972-277-0407

**From:** Matt King [mailto:Matt.King@Praeses.com]
**Sent:** Tuesday, October 25, 2011 8:07 AM
**To:** Michael Kenyon
**Cc:** Lisa Helgesen
**Subject:** RE: CA City - Free Calls - Federal Public Defenders

Good morning, Michael!

Here is the list in Excel format.  Let me know if you need anything else.

Thanks!

*Matt King*

Praeses

National Accounts Manager

330 Marshall St., 8th Floor

Shreveport, LA  71101

Phone - (318) 424-8125 ext. 3206

Fax - (318) 213-8138

matt.king@praeses.com

This email message (including any attachments) is proprietary and intended only for the named recipient(s).  It may contain material that is privileged, confidential and exempt from disclosure.  No one other than the named recipient(s) may read, copy, rely on, redirect, save or alter all or any part of the message, or any attachments, in any way.  If you have received this message in error, please notify us immediately.

ST-0000024

**From:** Michael Kenyon [mailto:MKenyon@securustech.net]
**Sent:** Monday, October 24, 2011 6:48 PM
**To:** Matt King
**Cc:** Lisa Helgesen
**Subject:** RE: CA City - Free Calls - Federal Public Defenders

Hello Matt,

Can you provide this list in excel format? Once I have that I can get with the installation group to get the numbers loaded quickly.

Thank you,

Michael

*Michael E. Kenyon*

Account Manager - National Accounts

mkenyon@securustech.net

Toll Free 800-5591535 ext 0479

Direct 972-277-0479

Fax 972-277-0407

**From:** Matt King [mailto:Matt.King@Praeses.com]
**Sent:** Monday, October 24, 2011 8:40 AM
**To:** Michael Kenyon
**Cc:** Lisa Helgesen
**Subject:** CA City - Free Calls - Federal Public Defenders
**Importance:** High

ST-0000025

Good morning, Michael!

Earlier this month, CCA executed an amendment to their contract with the Office of the Federal Detention Trustee to update their free call list. Now, these inmates are to be provided with free and private phone calls to Federal Defender offices nationwide. Attached is the list of those offices/numbers that need to be setup as FREE and PRIVATE in SCP.

We need to start with setting these numbers up for CA City, as they are in immediate need of this. There will be other facilities that we need to set this up for and I am working on finalizing that list and should have it over to you shortly. Please let me know if you have any questions.

Thanks!

*Matt King*

Praeses

National Accounts Manager

330 Marshall St., 8th Floor

Shreveport, LA 71101

Phone - (318) 424-8125 ext. 3206

Fax - (318) 213-8138

matt.king@praeses.com

This email message (including any attachments) is proprietary and intended only for the named recipient(s). It may contain material that is privileged, confidential and exempt from disclosure. No one other than the named recipient(s) may read, copy, rely on, redirect, save or alter all or any part of the message, or any attachments, in any way. If you have received this message in error, please notify us immediately.

ST-0000026