ST-0000027.txt

Sheet1

| State | Name | Phone | City |
|---|---|---|---|
| AlabamaM | Federal Defender Program, Inc. | 334-834-2099 | Montgomery |
| AlabamaS | Southern Federal Defender Program, Inc. | 251-433-0910 | Mobile |
| AlaskaX | Alaska Federal Public Defender | 907-646-3400 | Anchorage |
| ArizonaX | Arizona Federal Public Defender | 602-382-2700 | Phoenix |
| ArizonaX | Arizona Federal Public Defender | 928-213-1944 | Flagstaff |
| ArizonaX | Arizona Federal Public Defender | 801-538-5090 | Salt Lake City |
| ArizonaX | Arizona Federal Public Defender | 520-879-7500 | Tucson |
| ArizonaX | Arizona Federal Public Defender | 928-314-1780 | Yuma |
| ArkansasE | Arkansas Eastern Federal Public Defender | 501-324-6113 | Little Rock |
| ArkansasE | Arkansas Eastern Federal Public Defender | 479-442-2306 | Fayetteville |
| ArkansasE | Arkansas Eastern Federal Public Defender | 479-782-1097 | Fort Smith |
| CaliforniaC | California Central Federal Public Defender | 213-894-2854 | Los Angeles |
| CaliforniaC | California Central Federal Public Defender | 951-276-6346 | Riverside |
| CaliforniaC | California Central Federal Public Defender | 714-338-4500 | Santa Ana |
| CaliforniaE | California Eastern Federal Public Defender | 916-498-5700 | Sacramento |
| CaliforniaE | California Eastern Federal Public Defender | 559-487-5561 | Fresno |
| CaliforniaN | California Northern Federal Public Defender | 415-436-7700 | San Francisco |
| CaliforniaN | California Northern Federal Public Defender | 510-637-3500 | Oakland |
| CaliforniaN | California Northern Federal Public Defender | 408-291-7753 | San Jose |
| CaliforniaS | Federal Defenders of San Diego, Inc. | 619-234-8467 | San Diego |
| CaliforniaS | Federal Defenders of San Diego, Inc. | 760-335-3510 | El Centro |
| ColoradoX | Colorado Federal Public Defender | 303-294-7002 | Denver |
| ColoradoX | Colorado Federal Public Defender | 307-772-2781 | Cheyenne, WY |
| ConnecticutX | Connecticut Federal Public Defender | 860-493-6260 | Hartford |
| ConnecticutX | Connecticut Federal Public Defender | 203-498-4200 | New Haven |
| DelawareX | Delaware Federal Public Defender | 302-573-6010 | Wilmington |
| District of ColumbiaX | District of Columbia Federal Public Defender | 202-208-7500 | Washington |
| FloridaM | Florida Middle Federal Public Defender | 813-228-2715 | Tampa |
| FloridaM | Florida Middle Federal Public Defender | 239-334-0397 | Fort Myers |
| FloridaM | Florida Middle Federal Public Defender | 904-232-3039 | Jacksonville |
| FloridaM | Florida Middle Federal Public Defender | 352-351-9157 | Ocala |
| FloridaM | Florida Middle Federal Public Defender | 407-648-6338 | Orlando |

ST-0000027.txt

```
FloridaN         Florida Northern Federal Public Defender      850-942-8818
Tallahassee
FloridaN         Florida Northern Federal Public Defender      352-373-5823
Gainesville
FloridaN         Florida Northern Federal Public Defender      850-436-8512
Pensacola
FloridaN         Florida Northern Federal Public Defender      850-769-8580
Panama City
FloridaS         Florida Southern Federal Public Defender      305-373-4357
Miami
FloridaS         Florida Southern Federal Public Defender      954-763-4357
Fort Lauderdale
FloridaS         Florida Southern Federal Public Defender      561-802-8999
West Palm Beach
GeorgiaM         Federal Defenders of the Middle District of Georgia, Inc.
478-743-4747     Macon
GeorgiaM         Federal Defenders of the Middle District of Georgia, Inc.
229-435-6162     Albany
GeorgiaM         Federal Defenders of the Middle District of Georgia, Inc.
706-358-0030     Columbus
GeorgiaN         Georgia Federal Defender Program, inc.   404-688-7530    Atlanta
GuamX    Guam Federal Public Defenders    671-472-7111    Mong Mong
HawaiiX  Hawaii Federal Public Defender  808-541-2521    Honolulu
IdahoX   Federal Defender Services of Idaho, Inc.        208-331-5500    Boise
IdahoX   Federal Defender Services of Idaho, Inc.        208-478-2046    Pocatello
IllinoisC        llinois Central Federal Public Defender 309-671-7891    Peoria
lllinoisC        llinois Central Federal Public Defender 217-492-5070    Springfield
IllinoisC        Illinois Central Federal Public Defender      217-373-0666
Urbana
IliinoisN        Illinois Federal Defender Program, Inc. 312-621-8300    Chicago
IllinoisN        Illinois Federal Defender Program, Inc. 815-961-0800    Rockford
IllinoisS        Illinois Southern Federal Public Defender     618-482-9050
East St. Louis
IllinoisS        Illinois Southern Federal Public Defender     618-435-2552
Benton
IndianaN         Federal Community Defenders, Inc.       219-937-8020    Hammond
IndianaN         Federal Community Defenders, Inc.       260-422-9940    Fort Wayne
IndianaN         Federal Community Defenders, Inc.       574-245-7393    South Bend
IndianaS         Indiana Federal Community Defender, Inc.      317-383-3520
Indianapolis
IowaS    Iowa Southern Federal Public Defender . 515-309-9610    Des Moines
IowaS    Iowa Southern Federal Public Defender   319-363-9540    Cedar Rapids
IowaS    Iowa Southern Federal Public Defender   563-322-8931    Davenport
IowaS    Iowa Southern Federal Public Defender   712-252-4158    Sioux City
KansasX  Kansas Federal Public Defender  316-269-6445    Wichita
KansasX  Kansas Federal Public Defender  913-551-6712    Kansas City
KansasX  Kansas Federal Public Defender  785-232-9828    Topeka
KentuckyW        Western Kentucky Federal Community Defender, Inc
```

```
                              ST-0000027.txt
502-584-0525    Louisville
LouisianaE      Louisiana Eastern Federal Public Defender      504-589-7930    New
Orleans
LouisianaW      Louisiana Western Federal Public Defender      337-262-6336
Lafayette
LouisianaW      Louisiana Western Federal Public Defender      225-382-2118
Baton Rouge
LouisianaW      Louisiana Western Federal Public Defender      318-676-3310
Shreveport
MaineX   Maine Federal Public Defender    207-553-7070     Portland
MaineX   Maine Federal Public Defender    207-992-4111     Bangor
MarylandX       Maryland Federal Public Defender       410-962-3962     Baltimore
MarylandX       Maryland Federal Public Defender       301-344-0600     Greenbelt
MarylandX       Maryland Federal Public Defender       203-498-4200     New Haven
MassachusettsX  Massachusetts Federal Public Defender  617-223-8061     Boston
MassachusettsX  Massachusetts Federal Public Defender  603-226-7360     Concord,
New Hampshire
MassachusettsX  Massachusetts Federal Public Defender  401-528-4281     Providence,
Rhode Island
MichiganE       Legal Aid & Defender Assoc. of Detroit  313-967-5542    Detroit
MichiganE       Legal Aid & Defender Assoc. of Detroit  810-232-3600    Flint
MichiganW       Michigan Western Federal Public Defender       616-742-7420
Grand Rapids
MichiganW       Michigan Western Federal Public Defender       906-226-3050
Marquette
MinnesotaX      Minnesota Federal Public Defender       612-664-5858    Minneapolis
MississippiS    Mississippi Southern Federal Public Defender    601-948-4284
Jackson
MississippiS    Mississippi Southern Federal Public Defender    228-865-1202
Gulfport
MississippiS    Mississippi Southern Federal Public Defender    662-236-2889
Oxford
MissouriE       Missouri Eastern Federal Public Defender       314-241-1255    St.
Louis
MissouriE       Missouri Eastern Federal Public Defender       573-339-0242
Cape Girardeau
MissouriW       Missouri Western Federal Public Defender       816-471-8282
Kansas City
MissouriW       Missouri Western Federal Public Defender       573-636-8747
Jefferson City
MissouriW       Missouri Western Federal Public Defender       417-873-9022
Springfield
MontanaX        Federal Defenders of Montana    406-727-5328    Great Falls
MontanaX        Federal Defenders of Montana    406-259-2459    Billings
MontanaX        Federal Defenders of Montana    406-449-8381    Helena
MontanaX        Federal Defenders of Montana    406-721-6749    Missoula
NebraskaX       Nebraska Federal Public Defender       402-221-7896     Omaha
NebraskaX       Nebraska Federal Public Defender       402-437-5871     Lincoln
                                  Page 3
```

Case 4:16-cv-00947-SRB   Document 179-20   Filed 05/31/18   Page 3 of 6

```
                                 ST-0000027.txt
NevadaX  Nevada Federal Public Defender   702-388-6577     Las Vegas
NevadaX  Nevada Federal Public Defender   775-321-8451     Reno
New JerseyX     New Jersey Federal Public Defender    856-757-5341    Camden
New JerseyX     New Jersey Federal Public Defender    973-645-6347    Newark
New JerseyX     New Jersey Federal Public Defender    609-989-2160    Trenton
New MexicoX     New Mexico Federal Public Defender    505-346-2489    Albuquerque
New MexicoX     New Mexico Federal Public Defender    575-527-6930    Las Cruces
New YorkN       New York Northern Federal Public Defender      315-701-0080
Syracuse
New YorkN       New York Northern Federal Public Defender      518-436-1850
Albany
New YorkS       Federal Defenders of New York, Inc.    212-417-8700    New York
New YorkS       Federal Defenders of New York, Inc.    718-330-1200    Brooklyn
New YorkS       Federal Defenders of New York, Inc.    631-712-6500    Central
Islip
New YorkS       Federal Defenders of New York, Inc.    914-428-7124    White
Plains
New YorkW       New York Western Federal Public Defender       716-551-3341
Buffalo
New YorkW       New York Western Federal Public Defender       585-263-6201
Rochester
North CarolinaE North Carolina Eastern Federal Public Defender  919-856-4236
Raleigh
North CarolinaE North Carolina Eastern Federal Public Defender  910-484-0179
Fayetteville
North CarolinaE North Carolina Eastern Federal Public Defender  252-830-2620
Greenville
North CarolinaM North Carolina Middle Federal Public Defender   336-333-5455
Greensboro
North CarolinaM North Carolina Middle Federal Public Defender   336-631-5278
Winston Salem
North CarolinaW Federal Defenders of Western North Carolina, Inc.
704-374-0720    Charlotte
North CarolinaW Federal Defenders of Western North Carolina, Inc.
828-232-9992    Asheville
OhioN   Ohio Northern Federal Public Defender   216-522-4856    Cleveland
OhioN   Ohio Northern Federal Public Defender   330-375-5739    Akron
OhioN   Ohio Northern Federal Public Defender   419-259-7370    Toledo
OhioS   Ohio Southern Federal Public Defender   614-469-2999    Columbus
OliloS  Ohio Southern Federal Public Defender   513-929-4834    Cincinnati
OhioS   Ohio Southern Federal Public Defender   937-225-7687    Dayton
OlclahomaN      Oklahoma Northern Federal Public Defender      918-581-7656
Tulsa
OlclahomaW      Oklahoma Western Federal Public Defender       405-609-5930
Oklahoma City
OregonX Oregon Federal Public Defender   503-326-2123    Portland
OregonX Oregon Federal Public Defender   541-465-6937    Eugene
OregonX Oregon Federal Public Defender   541-776-3630    Medford
                                    Page 4
```

| State/District | Organization | Phone | City |
|---|---|---|---|
| PennsylvaniaE | Defender Association of Philadelphia | 215-928-1100 | Philadelphia |
| PennsylvaniaE | Defender Association of Philadelphia | 610-434-6316 | Allentown |
| PennsylvaniaM | Pennsylvania Middle Federal Public Defender | 717-782-2237 | Harrisburg |
| PennsylvaniaM | Pennsylvania Middle Federal Public Defender | 570-343-6285 | Scranton |
| PennsylvaniaM | Pennsylvania Middle Federal Public Defender | 570-323-9314 | Williamsport |
| PennsylvaniaW | Pennsylvania Western Federal Public Defender | 412-644-6565 | Pittsburgh |
| PennsylvaniaW | Pennsylvania Western Federal Public Defender | 814-455-8089 | Erie |
| Puerto RicoX | Puerto Rico Federal Public Defender | 787-281-4922 | San Juan |
| South DakotaX | North & South Dakota Federal Public Defender | 605-224-0009 | Pierre |
| South DakotaX | North & South Dakota' Federal Public Defender | 701-250-4500 | Bismarck, ND |
| South DakotaX | North & South Dakota Federal Public Defender | 701-239-5111 | Fargo, ND |
| South DakotaX | North & South Dakota Federal Public Defender | 605-343-5110 | Rapid City, IA |
| South DakotaX | North & South Dakota Federal Public Defender | 605-330-4489 | Sioux Falls |
| TennesseeE | Federal Defender Services of Eastern Tennessee, Inc. | 865-637-7979 | Knoxville |
| TennesseeE | Federal Defender Services of Eastern Tennessee, Inc. | 423-756-4349 | Chattanooga |
| TennesseeE | Federal Defender Services of Eastern Tennessee, Inc. | 423-636-1301 | Greeneville |
| TennesseeM | Tennessee Middle Federal Public Defender | 615-736-5047 | Nashville |
| TennesseeW | Tennessee Western Federal Public Defender | 901-544-3895 | Memphis |
| TennesseeW | Tennessee Western Federal Public Defender | 731-427-2556 | Jackson |
| TexasE | Texas Eastern Federal Public Defender | 903-531-9233 | Tyler |
| TexasE | Texas Eastern Federal Public Defender | 409-839-2608 | Beaumont |
| TexasE | Texas Eastern Federal Public Defender | 469-362-8506 | Frisco |
| TexasE | Texas Eastern Federal Public Defender | 903-892-4448 | Sherman |
| TexasN | Texas Northern Federal Public Defender | 214-767-2746 | Dallas |
| TexasN | Texas Northern Federal Public Defender | 806-324-2370 | Amarillo |
| TexasN | Texas Northern Federal Public Defender | 817-978-2753 | Fort Worth |
| TexasN | Texas Northern Federal Public Defender | 806-472-7236 | Lubbock |
| TexasS | Texas Southern Federal Public Defender | 713-718-4600 | Houston |
| TexasS | Texas Southern Federal Public Defender | 956-548-2573 | Brownsville |
| TexasS | Texas Southern Federal Public Defender | 361-888-3532 | Corpus Christi |
| TexasS | Texas Southern Federal Public Defender | 956-753-5313 | Laredo |

| District | Office | Phone | City |
|---|---|---|---|
| TexasS | Texas Southern Federal Public Defender | 956-630-2995 | McAllen |
| TexasW | Texas Western Federal Public Defender | 210-472-6700 | San Antonio |
| TexasW | Texas Western Federal Public Defender | 432-837-5598 | Alpine |
| TexasW | Texas Western Federal Public Defender | 512-916-5025 | Austin |
| TexasW | Texas Western Federal Public Defender | 830-703-2040 | Del Rio |
| TexasW | Texas Western Federal Public Defender | 915-534-6525 | El Paso |
| UtahX | Utah Federal Public Defender | 801-524-4010 | Salt Lake City |
| VermontX | Vermont Federal Public Defender | 802-862-6990 | Burlington |
| Virgin IslandsX | Virgin Islands Federal Public Defender | 340-773-3585 | St. Croix |
| Virgin IslandsX | Virgin Islands Federal Public Defender | 340-774-4449 | St. Thomas |
| VirginiaE | Virginia Eastern Federal Public Defender | 703-600-0800 | Alexandria |
| VirginiaE | Virginia Eastern Federal Public Defender | 757-457-0800 | Norfolk |
| VirginiaE | Virginia Eastern Federal Public Defender | 804-343-0800 | Richmond |
| VirginiaW | Virginia Western Federal Public Defender | 540-777-0880 | Roanoke |
| VirginiaW | Virginia Western Federal Public Defender | 276-619-6080 | Abingdon |
| VirginiaW | Virginia Western Federal Public Defender | 434-220-3380 | Charlottesville |
| WashingtonE | Federal Defenders of Eastern Washington | 509-624-7606 | Spokane |
| WashingtonE | Federal Defenders of Eastern Washington | 509-248-8920 | Yakima |
| WashingtonW | Washington Western Federal Public Defender | 206-553-1100 | Seattle |
| WashingtonW | Washington Western Federal Public Defender | 253-593-6710 | Tacoma |
| West VirginiaN | West Virginia Northern Federal Public Defender | 304-622-3823 | Clarksburg |
| West VirginiaN | West'Virginia Northern Federal Public Defender | 304-260-9421 | Martinsburg |
| West VirginiaN | West Virginia Northern Federal Public Defender | 304-233-1217 | Wheeling |
| West VirginiaS | West Virginia Southern Federal Public Defender | 304-347-3350 | Charleston |
| WisconsinE | Federal Defender Services of Wisconsin, Inc. | 414-221-9900 | Milwaukee |
| WisconsinE | Federal Defender Services of Wisconsin, Inc. | 920-430-9900 | Green Bay |
| WisconsinE | Federal Defender Services of Wisconsin, Inc. | 608-260-9900 | Madison |

⬆Sheet2

⬆Sheet3