IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| David Johnson,<br><br>      Plaintiff,<br><br>v.<br><br>CoreCivic, et al.,<br><br>      Defendants. | No. 4:16-cv-00947-SRB |

**SECURUS TECHNOLOGIES, INC.'S MOTION TO STAY PROCEEDINGS**

Defendant Securus Technologies, Inc., through counsel, hereby moves this Court for an order staying proceedings in this case until the Eighth Circuit either denies Securus's pending petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f) or resolves any resulting interlocutory appeal. *See Johnson v. CoreCivic, et al.*, No. 18-8015 (8th Cir.). As explained in the accompanying Suggestions in Support, a stay is warranted in this case because (i) Securus is likely to succeed on appeal, particularly in view of the issues of first impression raised in its Rule 23(f) petition and on which the Court's class certification decision was based; (ii) without a stay, Securus faces a significant risk of irreparable harm relating to class-wide discovery, motions practice, and trial preparation that may prove unnecessary based on the Eighth Circuit's decision; (iii) a stay will not substantially harm Plaintiff, particularly because Rule 23(f) petitions and appeals are resolved quickly; and (iv) the public interest favors a stay because a stay promotes judicial efficiency and economy.

\*     \*     \*

WHEREFORE, Securus respectfully requests that the Court enter an order staying proceedings in this action until the Eight Circuit either denies Securus's Rule 23(f) petition or resolves any interlocutory appeal it takes pursuant to the Rule 23(f) petition.

Respectfully submitted,

HUSCH BLACKWELL LLP

Dated: October 4, 2018

/s/ R. Ryan Harding
LOWELL D. PEARSON #46217
R. RYAN HARDING #52155
235 East High Street, Suite 200
P.O. Box 1251
Jefferson City, MO 65102
Telephone: (573) 635-9118
Facsimile: (573) 634-7854
lowell.pearson@huschblackwell.com
ryan.harding@huschblackwell.com

TESSA K. JACOB #44708
MICHAEL R. OWENS #67002
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
tessa.jacob@huschblackwell.com
michael.owens@huschblackwell.com

ATTORNEYS FOR DEFENDANT
SECURUS TECHNOLOGIES, INC.

## **CERTIFICATE OF SERVICE**

I certify that, on October 4, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's ECF system upon all attorneys of record.

/s/ R. Ryan Harding
Attorney for Defendant
Securus Technologies, Inc.

3
Case 4:16-cv-00947-SRB   Document 215   Filed 10/04/18   Page 3 of 4