**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| DAVID JOHNSON on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Case No. 4:16-cv-00947-SRB |
| CORECIVIC et al., | ) ) |
| Defendants. | ) |

## **ORDER**

On December 12, 2018, the Court held a status conference. As discussed at the status conference, the parties agree to the following:

1. Plaintiffs will serve interim discovery on Defendants on or before January 15, 2019.

2. Plaintiffs will file a motion for leave to depose Josh Martin, In-House Counsel for Securus Technologies, Inc., on or before January 25, 2019, in ten pages or less. Defendants will file a response to the motion on or before February 22, 2019, in ten pages or less. Plaintiffs will file a reply on or before March 15, 2019, in five pages or less.

3. Plaintiffs will file a proposed notice and dissemination plan and proposed notice documents, which take into consideration this Court's class certification Order, on or before January 15, 2019. Defendants will file a response on or before February 22, 2019. Plaintiffs will file a reply on or before March 15, 2019.

4. The Court will hold a status conference regarding these matters on March 29, 2019, at 9:00 AM.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2018